**\*E-FILED: June 18, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUNGHWA TELECOM GLOBAL, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>MEDCOM, LLC, a Nevada Limited Liability Company; QT TALK, INC., a Nevada Corporation; DAVID COOPER, an individual; CHRIS SANDERS, an individual, and Does 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C13-02104 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On June 7, 2013, defendants moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than June 14, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: June 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-02104-HRL Notice has been electronically mailed to:

2  Helen Lee Greenberg    greenberg@lbbslaw.com, auwbrey@lbbslaw.com, johnsony@lbbslaw.com, vincent@lbbslaw.com

3  Michael Fishman    MFishman@mflawny.com

4  Michael Steven Romeo    romeo@lbbslaw.com

5  Nelson Hsieh    nhsieh@gpsllp.com, ccalone@gpsllp.com

6  Yen Phi Chau    ychau@gpsllp.com, mbender@gpsllp.com