UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUNGHWA TELECOM GLOBAL, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MEDCOM, LLC, a Nevada Limited Liability Company, QT TALK, INC., a Nevada Corporation, DAVID COOPER, an Individual, CHRIS SANDERS, an Individual, and Does 1-50 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 11-CV-06635-LHK<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES |

Pursuant to the parties' stipulation, *see* ECF No. 13-CV-2104, this case is hereby referred to a Magistrate Judge Howard R. Lloyd for all purposes including trial and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: July 2, 2013

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge