Nelson Hsieh (SBN 177128)
Chip Cox (SBN 159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff
CHUNGHWA TELECOM GLOBAL, INC.

FILED

JUL 09 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUNGHWA TELECOM GLOBAL, INC., a California corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>MEDCOM, LLC, a Nevada Limited Liability Company, QT TALK, INC., a Nevada Corporation, DAVID COOPER, an individual, CHRIS SANDERS, an individual, and DOES 1-50, inclusive<br><br>Defendants. | Case No.: CV-13-CV-02104 ~~CHK~~ HRL<br><br>ORDER RE<br>STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO DISMISS<br><br>MODIFIED BY THE COURT<br><br>(RE: Docket No. 23) |

Plaintiff Chunghwa Telecom Global, Inc. and defendants Medcom, LLC, QT Talk, LLC, David Cooper and Chris Sander (hereinafter collectively "defendants") stipulate and agree as follows:

WHEREAS, defendants filed a motion to dismiss Chunghwa's complaint in this matter on June 7, 2013;

WHEREAS, defendants' motion contests, inter alia, service of process on defendants;

WHEREAS, Chunghwa is presently required to file and serve its opposition to defendants' motion to dismiss on or before June 21, 2013; and

WHEREAS, the process server who served the summons and complaint on defendants in this matter had a family medical emergency and is unavailable for at least another week to

1  review and execute a Declaration regarding his service of process on defendants;

2  THEREFORE, Chunghwa and defendants stipulate and agree that, with approval of the Court, the deadline for Chunhwa to file and serve its opposition to defendants' motion to dismiss shall be extended to July 12, 2013;

5  Chunghwa and defendants further stipulate and agree that, with approval of the Court, the deadline for defendants to file and serve their reply in support of their motion to dismiss shall be August 2, 2013.

8  Chunghwa and defendants also stipulate and agree that the hearing of defendants' motion to dismiss shall be heard the week of August 12, 2013, if that week is convenient to the Court's calendar.

11  IT IS SO STIPULATED.

12  Dated: June 20, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____/s/_____
Chip Cox
Attorneys for plaintiff Chunghwa Telecom Global, Inc.

Dated: June 20, 2013

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____/s/_____
Helen Lee Greenberg
Attorneys for defendants Medcom, LLC, OT Talk, LLC, David Cooper and Chris Sander

IT IS SO ORDERED AS MODIFIED: DEFENDANTS' MOTION TO DISMISS IS SET FOR HEARING ON AUGUST 20, 2013, 10:00 AM, COURTROOM 2.

Dated: 7/9/13

Honorable ~~Lucy H. Koh~~ Howard R. Lloyd

**ATTESTATION REQUIRED UNDER CIVIL LOCAL RULE 5-1(I)(3)**

I, CHIP COX, attest that concurrence in the filing of this document has been obtained from each of the other Signatories. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2013

                                                           /s/
                                                    Chip Cox