NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNGHWA TELECOM GLOBAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDCOM, LLC, a Nevada Limited Liability Company; QT TALK, INC., a Nevada Corporation; DAVID COOPER, an individual,<br><br>    Defendants. | Case No.  5:13-cv-02104 HRL<br><br>**ORDER GRANTING STIPULATED REQUEST RE SETTLEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[Re:  Dkt. No. 35] |

The parties are referred to Magistrate Judge Grewal for an early settlement conference, with the conference to take place within 90 days from the date of this order, subject to Judge Grewal's availability.  The parties shall immediately contact Judge Grewal's courtroom deputy, Oscar Rivera at 408-535-5378 to schedule a date.[1]  Defendants' response to the complaint shall be filed no later than 20 days after the settlement conference.

Dated:   December 3, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised not to wait until the last minute the schedule the settlement conference because available dates on the court's calendar fill quickly.

5:13-cv-02104-HRL Notice has been electronically mailed to:

Chip Cox    chipc@gpsllp.com, pvoight@gpsllp.com

Helen Lee Greenberg    helen.greenberg@lewisbrisbois.com, elaine.auwbrey@lewisbrisbois.com, normajean.vincent@lewisbrisbois.com

Michael Fishman    MFishman@mflawny.com

Michael Steven Romeo    romeo@lbbslaw.com

Nelson Hsieh    nhsieh@gpsllp.com, ccalone@gpsllp.com

Yen Phi Chau    ychau@gpsllp.com, shigh@gpsllp.com