

91 N. Franklin Street, Suite 108
Hempstead, New York 11550
T: 516/280.4600
F: 516/280.4530
mflawny.com

Michael Fishman, Esq.
516/280.4600 x 302
mfishman@mflawny.com

December 19, 2013

**VIA ELECTRONIC FILING**

Magistrate Judge Paul Singh Grewal
San Jose Courthouse
Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA 95113

**DENIED**
Paul S. Grewal
Judge Paul S. Grewal

      Re:    *Chunghwa Telecom Global, Inc. v. Medcom, LLC, QT Talk, Inc. and David Cooper*
              Docket No: CV13-02104 HRL

Dear Judge Paul Singh Grewal:

      We are in receipt of the Clerk's Notice Setting Settlement Conference requiring the personal attendance of all lawyers and parties.  As you know, this firm is lead counsel for the defendants in this matter.  As you also know, I am a New York based attorney admitted to appear pro hac vice and my clients (three different defendants) are all out-of-state individuals, corporations and/or limited liability companies.

      It is our position that as an out-of-state individual, corporation and limited company, this Court lacks personal jurisdiction over the defendants.  Indeed, we moved this dismiss this action, *inter alia,* on such basis.  Our motion was granted, and by Order dated October 13, 2013, this action was dismissed for lack of jurisdiction with leave to amend.

      On or about October 30, 2013, Plaintiff filed an Amended Complaint.  However, our lack of personal jurisdiction position remains.  Nevertheless, before we engage in further litigation and needlessly spend litigation costs and fees, the parties wish to attempt settlement.

      Given our jurisdictional position and because my clients and I are out-of-state, I respectfully request that our personal appearance by waived and that we be allowed to participate

via telephone or video-conference.  In the alternative, I request that only I appear in person, and that my clients be able to participate via telephone or video conference.

      I thank you for your time and consideration.

Very truly yours,

<strong>MONTEIRO & FISHMAN LLP</strong>

/s/

Michael Fishman